UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RENAE HARDING RISAK,

      Plaintiff,

                                                        Case No. 12-cv-10185

v.

                                                        Paul D. Borman
                                                        United States District Judge

COMMISSIONER OF
SOCIAL SECURITY,                          Michael Hluchaniuk
                                                       United States Magistrate Judge

      Defendant.
_____/

**ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION
(1) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Dkt. No. 9),
and (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Dkt. No. 12)**

      Before the Court is Magistrate Judge Michael Hluchaniuk's Report and Recommendation Denying Plaintiff's Motion for Summary Judgment (Dkt. No. 9) Granting Defendant's Motion for Summary Judgment (Dkt. No. 12), and Affirming the findings of the Commissioner.

      Having reviewed that Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **DENIES** Plaintiff's Motion for Summary Judgment, **GRANTS** Defendant's Motion for Summary Judgment, **AFFIRMS** the findings of the Commissioner.

This Order closes the case.

**IT IS SO ORDERED.**

                                                              s/Paul D. Borman
                                                              PAUL D. BORMAN
                                                              UNITED STATES DISTRICT JUDGE

Dated: June 26, 2013

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 26, 2013.

                                                              s/Deborah R. Tofil
                                                              Deborah R. Tofil